IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

| | |
|---|---|
| *SHIRLEY ANN SUTTER* and *GLEN W. SUTTER,* Wife and Husband, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 3:20-cv-00182-MEM |
| *CASCADES TISSUE GROUP – PENNSYLVANIA, A DIVISION OF CASCADES HOLDING US, INC., Et Al.,* | : |
| Defendants. | : |

# **STATUS REPORT**

Plaintiffs Shirley Ann Sutter and Glen W. Sutter, Wife and Husband, acting by and through their respective undersigned attorneys, hereby submit this Status Report in accordance with Paragraph No. 2 of the December 13, 2019 Scheduling Order of the United States District Court for the Eastern District of Pennsylvania, as adopted by this Court's Order dated February 25, 2020, as follows:

### **I.  Claims to be Withdrawn**

Prior to the removal of this action to federal district court, defendant CertainTeed Corporation was granted summary judgment and was dismissed, with prejudice, as a party-

defendant, and Plaintiffs voluntarily dismissed their claims, with prejudice, against defendant Union Carbide Corporation. At the present time, Plaintiffs have not achieved a resolution of their claims, either by settlement or agreement to dismiss without payment or by payment of a claim through the bankruptcy court, with any other defendant.

No remaining Defendants are currently in bankruptcy with a claim pending again them. The following defendants were not served with process and, upon information and belief, are bankrupt and no longer in existence:

1. Plainwell, Inc.

2. Pope & Talbot, Wis., Inc.

3. Pope & Talbot, Inc.

The non-bankrupt and unsettled Defendants in the case are:

1. Cascades Tissue Group – Pennsylvania, a Division of Cascades Holdings US Inc. hereinafter referred to as "Cascades").[1]

2. Metropolitan Life Insurance Company (hereinafter referred to as "Metropolitan Life").

---

[1] "Cascades," the defendant herein, is self-identified as "Cascades Tissue Group – Pennsylvania, a division of Cascades Holding US Inc." Cascades is identified in Plaintiffs' Complaint as follows:

a. CASCADES TISSUE GROUP – PENNSYLVANIA, INC., Individually and as Successor-in-Interest to and/or Parent of and/or Responsible Party for Pope & Talbot Wis., Inc. and/or Plainwell, Inc.;

b. CASCADES TISSUE, LLC, Individually and as Successor-in-Interest to and/or Parent of and/or Responsible Party for Pope & Talbot Wis., Inc. and/or Plainwell, Inc.; AND

c. CASCADES HOLDING US, INC., Individually and as Successor-in-Interest to and/or Parent of and/or Responsible Party for Pope & Talbot Wis., Inc. and/or Plainwell, Inc.

According to filings by Cascades, "Cascades Tissue Group – Pennsylvania, a Division of Cascades Holding US Inc." is the proper name for defendants originally named as "Cascades Tissue Group – Pennsylvania, Inc.," "Cascades Tissue, LLC" and Cascades Holding US, Inc."

As of the filing of the instant Status Report, Plaintiffs will **not** withdraw their claims as to Cascades and/or Metropolitan Life, either with or without prejudice.

Dated:  May 22, 2020

                                                   SHEIN LAW CENTER, LTD.

                               By:    *Benjamin P. Shein*
                                                   Benjamin P. Shein, Esquire
                                                   Pennsylvania I.D. No. 42867
                                                   John P. Kopesky, Esquire
                                                   Pennsylvania I.D. No. 30112
                                                   Shein Law Center, Ltd.
                                                   Twenty-First Floor
                                                   121 South Broad Street
                                                   215.735.6677
                                                   bshein@sheinlaw.com
                                                   jkopesky@sheinlaw.com

                                                   Daniel T. Brier, Esquire
                                                   Pennsylvania I.D. No. 53248
                                                   Myers, Brier & Kelly, LLP
                                                   Suite 200
                                                   425 Spruce Street
                                                   Scranton, Pennsylvania 18503
                                                   570.342.6100
                                                   dbrier@mbklaw.com

                                                   Attorneys for Plaintiffs
                                                      Shirley Ann Sutter and Glen
                                                      W. Sutter, Wife and Husband

## CERTIFICATION OF SERVICE

It is hereby certified by the undersigned member of the Bar of this Court that one copy of the foregoing Status Report has been served upon the counsel whose name and address is set forth below by way of electronic service on Friday, the 22nd day of May, 2020.

JOHN P. McSHEA, ESQUIRE
McShea Law Firm
Suite 4000 – West Tower
Centre Square
1500 Market Street
Philadelphia, Pennsylvania 19102-2100

Electronic Mail:  jmcshea@mcshealawfirm.com

//

//

//

//

//

//

//

//

//

//

//

//

- 2 -

JOHN M. FITZPATRICK, ESQUIRE
Wheeler, Trigg & O'Donnell
Suite 4500
370 Seventeenth Street
Denver, Colorado 80202

Electronic Mail:  Fitzpatrick@wtotrial.com

Attorneys for Defendant
Cascades Tissue Group – Pennsylvania, Inc.,
a Division of Cascades Holding US Inc.

Dated:   May 22, 2020

                SHEIN LAW CENTER, LTD.

           By:  *John P. Kopesky*

                John P. Kopesky, Esquire
                Pennsylvania I.D. No. 30112
                Shein Law Center, Ltd.
                Twenty-First Floor
                121 South Broad Street
                Philadelphia, Pennsylvania 19107
                215.735.6677
                jkopesky@sheinlaw.com

                Attorney for Plaintiffs
                   Shirley Ann Sutter and Glen
                   W. Sutter, Wife and Husband