IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

|  |  |  |
|---|---|---|
| SHIRLEY ANN SUTTER and GLEN<br>W. SUTTER, Wife and Husband, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 3:20-cv-00182 |
| CASCADES TISSUE GROUP, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this ____ day of August, 2020, upon consideration of the Joint
Motion for Extension of Discovery and Other Pre-Trial Deadlines, IT IS HEREBY ORDERED
that the Motion is granted and the Order dated February 25, 2020 (Doc. No. 32) amending the
initial scheduling order in this action is amended as follows:

1. Plaintiffs' expert reports must be completed and served by **October 19, 2020**.

2. Defendant's expert reports must be completed and served by **November 19, 2020**.

3. Any rebuttal reports to experts' reports must be filed within 14 days after receipt of the
   report unless further extension is granted by the Court.

4. Expert discovery and depositions must be completed by **December 21, 2020**.

5. Summary judgment motions must be filed by **January 21, 2021**.

6. Responses to summary judgment motions must be filed by **February 22, 2021**.

7. Replies to responses to summary judgment motions (if any) must be filed by **March 8,
   2021**.

8. After summary judgment motions are ripe, the case will be stayed until disposition of the
   motions and further order of the Court.

_/s/ John P. McShea_____          /s/ John P. Kopesky_____
John P. McShea                         John P. Kopesky
McShea Law Firm, P.C.                  Shein Law Center
Centre Square West, Suite 4000         121 South Broad Street, 21st Floor
1500 Market Street                     Philadelphia, PA 19107
Philadelphia, PA 19102

Attorney for Defendant,                Attorney for Plaintiffs,
Cascades Tissue Group                  Shirley Ann Sutter and Glen W. Sutter


**SO ORDERED, this ___day of August, 2020**

                                       BY THE COURT:


                                       _____
                                       Malachy E. Mannion
                                       United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

| | | |
|---|---|---|
| SHIRLEY ANN SUTTER and GLEN W. SUTTER, Wife and Husband, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 3:20-cv-00182 |
| CASCADES TISSUE GROUP, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR EXTENSION OF
DISCOVERY AND OTHER PRE-TRIAL DEADLINES**

Pursuant to Rule 7.1 of the Local Rules of Court, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby jointly move for an order extending the expert discovery deadline and other pre-trial deadlines in the above-captioned matter and, in support thereof, aver as follows:

1.      On December 13, 2019, the U.S. District Court for the Eastern District of Pennsylvania entered an Order establishing an expert discovery deadline of August 17, 2020 and setting various other pre-trial deadlines. (Doc. No. 22.)

2.      On February 25, 2020, after this case was transferred, this Court entered an Order amending the original Scheduling Order by extending the expert discovery deadlines, but otherwise keeping the original deadlines. (Doc. No. 32.)

3.      The parties have exchanged written discovery requests and obtained discovery from third-parties by way of subpoena.  The Plaintiffs' depositions and the depositions of several persons employed by the Defendant have been taken.

4.      Additional time is necessary to exchange expert reports and complete expert discovery.

5.      Due to COVID-19-related restrictions, other scheduling conflicts and other professional responsibilities involving counsel for Plaintiff and Defendant, additional time is needed to complete expert reports and expert discovery.

6.      To allow the parties sufficient time to complete discovery, the parties hereby jointly request a sixty (60) day extension of the expert discovery and other pretrial deadlines as follows:

   a.      Plaintiffs' expert reports must be completed and served by **October 19, 2020**.

   b.      Defendant's expert reports must be completed and served by **November 19, 2020**.

   c.      Any rebuttal reports to experts' reports must be filed within 14 days after receipt of the report unless further extension is granted by the Court.

   d.      Expert discovery and depositions must be completed by **December 21, 2020**.

   e.      Summary judgment motions must be filed by **January 21, 2021**.

   f.      Responses to summary judgment motions must be filed by **February 22, 2021**.

   g.      Replies to responses to summary judgment motions (if any) must be filed by **March 8, 2021**.

   h.      After summary judgment motions are ripe, the case will be stayed until disposition of the motions and further order of the Court.

7.      Granting this request for enlargement of time will not prejudice any party or unduly delay the disposition of this matter, but rather will facilitate the discovery process and enable the parties to complete necessary discovery.

WHEREFORE, Plaintiff and Defendant jointly respectfully request an Order enlarging the expert discovery period and other pretrial deadlines by a period of sixty (60) days.

Respectfully submitted,

/s/ John P. McShea
John P. McShea
McShea Law Firm, P.C.
Centre Square West, Suite 4000
1500 Market Street
Philadelphia, PA 19102

Attorney for Defendant,
Cascades Tissue Group

/s/ John P. Kopesky
John P. Kopesky
Shein Law Center
121 South Broad Street, 21st Floor
Philadelphia, PA 19107

Attorney for Plaintiffs,
Shirley Ann Sutter and Glen W. Sutter

Dated: August 13, 2020

## CERTIFICATE OF SERVICE

I, JOHN P. McSHEA, hereby certify that a true and correct copy of the foregoing Joint

Motion for Extension of Discovery and Other Pre-Trial Deadlines was served upon the following

counsel of record via the Court's Electronic Case Filing system on this 13th day of August 2020.

Benjamin P. Shein, Esquire
John P. Kopesky, Esquire
Shein Law Center, Ltd.
121 South Broad Street, 21st floor
Philadelphia, PA  19107

and

Daniel T. Brier, Esquire
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503

_/s/_ John P McShea
John P. McShea