IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

_____
:
SHIRLEY ANN SUTTER and GLEN           :
W. SUTTER, Wife and Husband,          :
                                      :
             Plaintiffs,              :
                                      :
       v.                             :    CIVIL ACTION
                                      :    NO. 3:20-cv-00182
CASCADES TISSUE GROUP,                :
                                      :
             Defendant.               :
_____:

**ORDER**

AND NOW, this 23RD day of November, 2020, upon consideration of the Joint Motion for Extension of Discovery and Other Pre-Trial Deadlines dated November 17, 2020, IT IS HEREBY ORDERED that the Motion is granted and the Order dated August 13, 2020 (Doc. No. 35) amending the prior scheduling order in this action is amended as follows:

1. Defendant's expert reports must be completed and served by **December 3, 2020**.

2. Any rebuttal reports to experts' reports must be filed within 14 days after receipt of the report unless further extension is granted by the Court.

3. Expert discovery and depositions must be completed by **January 18, 2021**.

4. Summary judgment motions must be filed by **February 4, 2021**.

5. Responses to summary judgment motions must be filed by **March 8, 2021**.

6. Replies to responses to summary judgment motions (if any) must be filed by **March 22, 2021**.

7. After summary judgment motions are ripe, the case will be stayed until disposition of the motions and further order of the Court.

8. The parties shall be permitted to conduct additional fact discovery relative to defendant's Ransom plant site conditions within the timeframe outlined above.

| | |
|---|---|
| /s/ John P. McShea | /s/ John P. Kopesky |
| John P. McShea | John P. Kopesky |
| McShea Law Firm, P.C. | Shein Law Center |
| Centre Square West, Suite 4000 | 121 South Broad Street, 21st Floor |
| 1500 Market Street | Philadelphia, PA 19107 |
| Philadelphia, PA 19102 | |
| | |
| Attorney for Defendant, | Attorney for Plaintiffs, |
| Cascades Tissue Group | Shirley Ann Sutter and Glen W. Sutter |

BY THE COURT:

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge