**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHIRLEY SUTTER, GLEN SUTTER**, *husband and wife,* | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:20-182** |
| **v.** | : | **(JUDGE MANNION)** |
| **CASCADES TISSUE GROUP –** | : | |
| **PENNSYLVANIA, INC.** *et al.* | | |
| **Defendants** | : | |

## O R D E R

Motions *in limine*, together with their supporting briefs (which shall not exceed 5 pages in length), shall be due on or before **October 25, 2021**. Opposing briefs shall be filed on or before **November 1, 2020.**

The **Final Pretrial Conference** will be held on **Tuesday, November 23, 2021 at 10:30 a.m.**, in the William J. Nealon Federal Building & U.S. Courthouse, 235 N. Washington Ave., Scranton, PA in Courtroom 3.

The Trial will begin with jury selection **at 9:30 a.m. on Monday, December 13, 2021**, in the location noted above.


*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: July 23, 2021
20-182-01