**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT : CV-20-182

## PETITION

I John M. Fitzpatrick, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Wheeler Trigg O'Donnell, LLP

370 17th Street, Suite 4500

Denver, Colorado 80202

Office Telephone:   303-244-1800

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Exhibit "A".

My attorney Identification number is: 39569

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

✗ SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]     Date: 10/6/21