# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

| | |
|---|---|
| *SHIRLEY ANN SUTTER* and *GLEN W. SUTTER*, Wife and Husband, <br><br> Plaintiffs, <br><br> v. <br><br> *CASCADES TISSUE GROUP – PENNSYLVANIA, A DIVISION OF CASCADES HOLDING US, INC., Et Al.,* <br><br> Defendants. | NO. 3:20-cv-00182 <br> (Hon. Malachy E. Mannion) <br><br> ELECTRONICALLY FILED |

## ORDER

AND NOW, this __13th__ day of October 2021, upon consideration of the Joint Motion for Continuance and Extension of Trial Related Deadlines, IT IS HEREBY ORDERED that the Motion is GRANTED., and the Order dated July 23, 2021 (Doc. No. 38) is amended as follows:

1. Motions *in limine,* together with their supporting briefs (which shall not exceed 5 pages in length) shall be due on or before **December 15, 2021**.

2.	In connection with the filing of their respective motions *in limine,* Plaintiffs and Defendant shall each be permitted to file an Omnibus Summary of Material Facts (which shall not exceed 10 pages in length).

3.	Briefs in opposition to motions *in limine* (which shall not exceed five pages in length) shall be filed on or before **January 19, 2022**.

4.	The **Final Pretrial Conference** will be held on **Thursday, February 3, 2022** at 11:00 a.m. in Courtroom #3 in Scranton.

5.	The Trial will begin with jury selection on or after **Monday, March 7, 2022** at 9:30 a.m. in Courtroom #3 in Scranton.

			BY THE COURT:


			*s/ Malachy E. Mannion*
			Malachy E. Mannion
			United States District Judge